U.S. DIST...
District o...

JAN 6 2006

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elena Katz

    v.                                 Case No. 05-fp-463

Kris A. Menzie, et al

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted.

This case has been assigned number  05 -cv- 463-JD .

**SO ORDERED.**

                                                _____
                                               United States District Judge

Date: 1-6-06

cc:  Elena Katz