U.S. DIS[...]
District o[...]

JAN 6 2006

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elena Katz

    v.                                           Case No. 05-fp-463

Kris A. Menzie, et al

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted.

This case has been assigned number _05_-cv-_463_-_JD_.

**SO ORDERED.**

_____
United States District Judge

Date: 1-6-06

cc: Elena Katz