UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Elena Katz</u>

     v.        Civil No. 05-cv-463-JD

<u>Kris A. Menzie, et al.</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 6, 2006, no objection having been filed.

 SO ORDERED.


May  9, 2006        <u>/s/ Joseph A. DiClerico, Jr.</u>
            Joseph A. DiClerico, Jr.
            United States District Judge


cc: Elena Katz, pro se